STATE v. KEEL

No. 134A93-7

Case below: Edgecombe County Superior Court

Motion by defendant for stay of execution allowed 29 September 1999.

STATE v. LeGRANDE

No. 215A96-4
215A96-5

Case below: Stanly County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Stanly County, denied 4 November 1999. Application by defendant pro se for writ of habeas corpus denied 4 November 1999. Motion by defendant to overturn defendant's convictions and sentence of death denied 4 November 1999. Motion by defendant to impose sanctions denied 4 November 1999. Motion by defendant pro se for a new trial denied 4 November 1999. Motion by defendant pro se for deferral of a new trial denied 4 November 1999. Motions by defendant pro se for dismissal of charges denied 4 November 1999. Petition by next friends of defendant for writ of certiorari to review the order of the Superior Court, Stanly County, denied 4 November 1999.

STATE v. LINSLEY

No. 423P99

Case below: 134 N.C.App. 499

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. LITTLE

No. 329P99

Case below: 133 N.C.App. 601

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.